**Exhibit A to the Complaint**

**Location:** White Cottage, OH  **IP Address:** 74.133.29.10
**Total Works Infringed:** 76  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: CF71FD09F546DDB700BCF81E73AA77A94960EE83<br>File Hash:<br>E0C974376E1F33771240B0161352067F18E953F9222066391F34E692E7F0D5E6 | 01-28-2023<br>17:19:04 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |
| 2 | Info Hash: AD6175D24714049B246E2C2976BED4EA9FEC2F8A<br>File Hash:<br>E8240E3BC4A81A43B5E6928F8CDF864FD0B5F64395C5BCCE88FD9E70B53215B0 | 01-28-2023<br>17:17:58 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 3 | Info Hash: 56C2716E79931DB8A44D913A20EE24C24D321831<br>File Hash:<br>1638B0B52B921C429233D7D2DD0F896C0109219ED16C17155593CF9B6227AC94 | 01-15-2023<br>16:20:18 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |
| 4 | Info Hash: A26BB8C812B2646DB71C375FA96F1F50D76E27C3<br>File Hash:<br>496833F669BF83F645C7101EC8B093ACF0D707158A49B56949D0652DC3A5D863 | 12-18-2022<br>21:42:05 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |
| 5 | Info Hash: F2FF5984C6669188B2BD37CF7C72FDF97A534272<br>File Hash:<br>0CEAE4FCE56CEE14A6B3E1E9424700F52EF91EDD808E8ECFBBCCF1C399A306D1 | 12-18-2022<br>20:20:58 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 6 | Info Hash: A06A21906C5CCA79C85F7BFCFDB7C755910C4E10<br>File Hash:<br>471EBFF0B97DD8D5919A8670BD8F186FE5EAC62C4E7B7FBF24A5B3851ECC266C | 11-05-2022<br>03:31:54 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 7 | Info Hash: 40C2E7E796AB9700C7722910C2D772D72077A39C<br>File Hash:<br>CAD74A769FFAF5260B68E5260185FCE0455E0154F544BD93F021C542F6BD0491 | 10-29-2022<br>00:54:06 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 8 | Info Hash: 7C27BF095E4F194CF45757269281F48FF810FD09<br>File Hash:<br>AB0A8264525BCAB853B2C49533E4DAA1A773A8801E286C169036253E64C206EB | 10-16-2022<br>18:24:53 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 9 | Info Hash: F64C22A67C587BB21EB6AF7E1B5A14CC262F18B8<br>File Hash:<br>7EDBC714FD4B5464E6535343F2BE6921300B4B1C0C1CB3EDF29411EE15075A15 | 10-16-2022<br>18:21:53 | Vixen | 10-07-2022 | 11-24-2022 | PA0002389323 |
| 10 | Info Hash: 4885CE7D5699E3CBDEAE2E274F52D5F1327C4BE0<br>File Hash:<br>01D770367B42B71A960D89E0508B44C4CD782779DC85FCD9E39AAC803DC29260 | 10-16-2022<br>18:07:46 | Vixen | 06-03-2022 | 06-27-2022 | PA0002354958 |
| 11 | Info Hash: 3BA0D3954BC406710F062C5979ECD9BF8A91237F<br>File Hash:<br>B63705671B499FF06D1B96A11375F61E4779F02BDD1B90F8F602397FB45E1F1E | 10-15-2022<br>17:49:36 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 74B8BD53BF12A2073D2A04B37C8826F13B140035<br>File Hash: 265667A7A9870996F1562624DE5604DE7F0088FA131250F48F2C710990CB611F | 10-15-2022 17:49:26 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 13 | Info Hash: 8EB2EDAA8840E976F99A8F2CAFD9CD75A1E71C8B<br>File Hash: 362579F131D2AC4FF784F2EAF0229469C2C9C437533951FB03ADEAC926A0A7B2 | 10-15-2022 17:39:09 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 14 | Info Hash: 7C805125B9931DC9B881E6AA9A14003D9ADD72FB<br>File Hash: C92F531F420CA4C3D2F37137720823E4C4F393E2199BEAEB86E88D16F74BCD03 | 10-15-2022 17:37:50 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 15 | Info Hash: B6B3DC5C87C53BEBD0F5F455E3CF7308A1C85B4B<br>File Hash: 2368DA84A164610BA880B0F903ECE64219A9B6CAF2E841A8F04B5DDC9262C46E | 09-24-2022 14:27:45 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 16 | Info Hash: 0470341D0EE7F066BCA23C40FB4BA20E17A92091<br>File Hash: 1E2E13E36A0C512C5156CC0FDDDEA112CA31907178300EE881FD428A36567559 | 09-24-2022 13:34:41 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 17 | Info Hash: AB4C8F6782155F94F25421BD73C0C84DEA95167E<br>File Hash: FBCF6D53950FFB226F67470C3E92459585DB885A2D206CB1EC3152258DDD7DE9 | 09-24-2022 13:30:22 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |
| 18 | Info Hash: 86C18487578E45172FA87A102FA37E2660FFF7A3<br>File Hash: C69D40874320AA3D5184A284181943DF96513ED55CAF687E769D5A7EA14C162F | 09-24-2022 13:27:31 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 19 | Info Hash: 775DEB6869799752C425208A57EC76F2FD91B60C<br>File Hash: C7AF91E7382DAFE1AC88504E58F319D0553667EBD1539184C2C5ACF67D53CFFC | 08-17-2022 01:27:30 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 20 | Info Hash: AF91979F566FD3D83F791FBDACF3241AF860E92C<br>File Hash: 597EE4589764A82DC7E08E082F3C33C99AC6FF5A0DDBEAB315B3632DF1225620 | 08-17-2022 01:15:21 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 21 | Info Hash: 3344C8CDFF9B33348E149E2D460B5D0E8B75DAAD<br>File Hash: 23CE6E0056F366425418B280EC88830ACA49AC1CD615D692EA984E455F913557 | 08-17-2022 01:07:26 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |
| 22 | Info Hash: C44085C07C791D8342CD27FBFA50D418806F1A03<br>File Hash: 075069C39BEB463B4D485C11FFD06CDB81C6265A0FD0885F8DD16EAF53A68680 | 08-17-2022 00:40:36 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 23 | Info Hash: 7BA60C0D1CA44FE6DC35D95F279DFF110FC90CE4<br>File Hash: 1647D142912BD785174AD9CDC699C31E9AEF990D9AD50FDF648593411587D6A0 | 07-30-2022 17:16:07 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: EE12BCC87B83A77998F3B3C521D43D108352A266<br>File Hash: E46E99A0F34BB9F203E4FC9CCB3DCB96AC565C1231E093ED9DC9E3D6453397E1 | 04-23-2022 04:34:25 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |
| 25 | Info Hash: 9854BD9F9D15E6CAB0E441F29C3A939CECB90B01<br>File Hash: 9700672433356F8B1439FE7A6121D986D18E7106E4D26190A296C4EE36932BB0 | 04-23-2022 04:34:13 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 26 | Info Hash: A32AB126B1D4DBFB020189DB9DF602F49A13A29A<br>File Hash: 1BA0E004FEE2699E17D83605CCEA3DC5F4C5B0747F35942FFAE0C0F8D35CAED2 | 04-13-2022 01:31:13 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 27 | Info Hash: 2D1253B6FDBBCE162C474BB02169F4B5C3F89CB6<br>File Hash: 18A1CB3DF4B4D2199B0CC6D1296113CD9410118340B8AF4582F80411811C328A | 04-13-2022 01:31:08 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |
| 28 | Info Hash: 774C2EA090A6AFE6D8973DBFE0AE522A35D352AA<br>File Hash: C93EAC8256856177FB745EC3F9E5CD79E37C52402C37189C8BA56331DE0C3A6E | 04-03-2022 17:09:24 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 29 | Info Hash: 1131137E07C4026A3A78DCFED97242444284D2DE<br>File Hash: 462B7D5D68F0B444C8B9207058FA80D435FF6BB40F42A5037402819D7E4846B3 | 03-26-2022 19:24:48 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 30 | Info Hash: DCABC181A87ADA1A22F3A94523BC47844C79EE20<br>File Hash: 9B569593FEF7EFA7F289DC6EACA781D8A4AA9DE8AD7986A4907AA10CBFE8D603 | 03-26-2022 19:21:23 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 31 | Info Hash: D55BBEEDD92C89D5C47BA24D89845D9BF67681D1<br>File Hash: E65E51998121E3A72B20B90C3072A72DBDC723A0AC26D518ACD6B218F2518098 | 03-26-2022 19:19:55 | Blacked Raw | 12-03-2018 | 01-22-2019 | PA0002149845 |
| 32 | Info Hash: E5FB33496F09F6E76C5C514B4CEC8BE3C9C41AAE<br>File Hash: 4E1D64059A74B611326E2DF2BDD558FC53CBD29385CAFE11FEA6B27F1DBE1D85 | 03-26-2022 19:04:13 | Blacked Raw | 03-14-2022 | 03-29-2022 | PA0002342865 |
| 33 | Info Hash: DC1B9D766C597FC946E85E423062ECC46695787E<br>File Hash: 895FF7540BCEB1F9575C65FB27EB7A51965318C099AA5DB7F661B49693CF72D1 | 03-26-2022 19:01:10 | Blacked Raw | 03-07-2022 | 03-29-2022 | PA0002342845 |
| 34 | Info Hash: 5445DD9C92418EE7E926A0407EF2A469CC29E065<br>File Hash: 25CF923E04CBCAD2098F8D8D50D454B3FABB2B508996299092B99B58B78A74DA | 03-26-2022 18:51:48 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 35 | Info Hash: 6035AA12C63BA7B5A3BD424C629C41DCB5C5E94D<br>File Hash: A5330871A31599822F5ECED5AB8C9376CD354FB59A0728B501459406CA1FA6A3 | 03-05-2022 02:26:02 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: B82C01991EEB4A25F31C65FF84CDC8CB1B253F59<br>File Hash: CF5A358526923E89773249E53032E4B840AE51281850ABEE0268E3D4A18164A7 | 02-25-2022 20:52:21 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 37 | Info Hash: 3859669F36A1637B502BFBC8FD651F5F1702F4F0<br>File Hash: D9169B18EB34A72EC1945ECB01CFA18873780F2FD8EE43164FFE190BA19A4715 | 02-19-2022 02:15:24 | Blacked Raw | 02-14-2022 | 03-29-2022 | PA0002342705 |
| 38 | Info Hash: A323CE426DF8477D9E081137B6455177AD8A5250<br>File Hash: 1AB2725B8ADE18D027E1DDFB402C129AC6926A2368BDB27144E697901F8EB646 | 02-16-2022 16:33:54 | Vixen | 08-22-2019 | 09-17-2019 | PA0002216215 |
| 39 | Info Hash: 3573BF72004CCEC9F094489ACD66C333342B7E19<br>File Hash: 38C0674378E984C40D8A0F9B4C578F8B6884390C18F467B86D0F9EAE449B998E | 02-13-2022 00:35:46 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 40 | Info Hash: 219646C6A2BE95846F85B680A80E4003916758B1<br>File Hash: 3D644DF15A02586AD4A99F31146F41DC6D29A7560013D39F8A9D0D2154148AC9 | 02-05-2022 19:34:54 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 41 | Info Hash: 65B2AE6546D2A1E20EBC6A467D52FD553681CD5D<br>File Hash: 794E8909910EE06D702F127BF3B058239F8BA3FCC0F7CB96A3C91F99FB61F9B5 | 01-27-2022 03:26:10 | Blacked Raw | 01-17-2022 | 03-04-2022 | PA0002345790 |
| 42 | Info Hash: 9FC9CCF03D4F5C70B5C5D838A2C2B0E54712D689<br>File Hash: 39D230A3E672E3C9773AA53CADF0922594F2F9DCB6B1E376DF5833EAF25A0B9D | 01-27-2022 03:00:36 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |
| 43 | Info Hash: 3FE961EE90C2E5C570D1558C2B2D1943CB2219CB<br>File Hash: 55C9681E8D9E09D407E04F41BE38EBB3DFB942FC52C7C97F531E2DDBD2A4C779 | 12-14-2021 14:12:56 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 44 | Info Hash: 4B576AA5A92A83B45E0239342446F37CD934EBEF<br>File Hash: C64891F0027E36B48D465F40689AB07D635021569070B5ABF4533F513144F190 | 12-14-2021 14:08:25 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 45 | Info Hash: EB2FA6D8D0F409495CFD399CD2DF142F55EB24D4<br>File Hash: F6094559C3FA16B75D2E4A8D84124BBF01D59B4C80814C7507E0657BFDFD7D35 | 12-14-2021 13:59:24 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 46 | Info Hash: 81B754848E758295267C8F5A0C61B49648FAF122<br>File Hash: F8569ABFA44E499C9579796053CD159215AA1893FCA5DAA8DD70A22F6450D182 | 12-14-2021 13:59:06 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 47 | Info Hash: DB89B75E9DAD31F15DC983AABCEB9AE720EDB193<br>File Hash: 4944D7029732BDEAB22221D7A9735586B69A051A79247640CBDDC1C8D2D2F2DF | 11-30-2021 16:32:27 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 1FBAD8F90D864550D63CD05A7924A75B686E5302<br>File Hash: BFCC75D79B0A13C65DD783C40EC97C868CDF5679D57346333DC6F985F1404F8C | 11-29-2021 18:07:46 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 49 | Info Hash: 8E53FF2E1F38259E5F74502C9F49DBDAC1BC341B<br>File Hash: 457946B198BE4FA38CC1DD3CB44F63670A89961950BF542FCC977EB501794233 | 11-29-2021 18:07:46 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 50 | Info Hash: B23CE9830A783E770D537D9097F47F4D03FCC397<br>File Hash: BB7CA52BE686951B50DABBD995BFDAF9E6F46B837DBE95A1F0594562FED78E8D | 11-29-2021 17:01:20 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 51 | Info Hash: 05FC443BCCF844BDAE6F0A203C802D0DC75EA9FC<br>File Hash: 250D667E055961E011A284E44247C15471F732169215852A4AF8523CBD803486 | 10-27-2021 00:16:14 | Tushy | 06-14-2020 | 06-25-2020 | PA0002255507 |
| 52 | Info Hash: 6A49A11B13EF590A40FF5301E0376A2FB277D641<br>File Hash: C3C755A26B625D3D20995FCF8C88BEC28BDEC365CF0333DFC275F3EF8D7B50A7 | 10-24-2021 02:55:43 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |
| 53 | Info Hash: E5A6E612E0C052ABEB93B81B989A930C9C4AD15F<br>File Hash: 64691131C0805D66464A070DC2CE8B65033CEF77C31EE6D5251D1979B37CB46D | 10-23-2021 14:45:12 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 54 | Info Hash: 64C5FE3D236310F40A80E7FBC9905050811C3CB6<br>File Hash: 2FC8A2A0D43277B48375863E8F59D1CAFF37560781141E53CAB03956CC4901CD | 10-23-2021 14:33:21 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 55 | Info Hash: E77E7917B5F3C73AD9E3925EBF133C8A7B3F49C4<br>File Hash: A6CD82E7EA47C9102414E1769267CCCC740102FAF27221768FA1702B8E41FF3D | 10-23-2021 14:29:18 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 56 | Info Hash: F6DF6136036FD1AC6A63FC65223FB3548A7A67FB<br>File Hash: C126126E12706240571EBD2119FA12AB4463F0F5B304E6DF6EE908560F1E9AA5 | 10-23-2021 14:24:13 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 57 | Info Hash: 644EF1BBC297123508226CB622D546690BA22249<br>File Hash: 89E18C3051E0E4C52344EB58518B241F19BFC053B7D43CB37E70E9FD27FFE0E6 | 10-23-2021 14:18:20 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 58 | Info Hash: CCF640BE0F22EDFFA9A663CAF10C58DAFF0F7291<br>File Hash: 302D8E587237A608442ABBB835E6496B29280BD0D18E9997F623E4F4E6FF138C | 10-08-2021 20:17:30 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 59 | Info Hash: 7B72E3B1893E2790EAB75ADEB289722092940998<br>File Hash: A1803B918EF27AC63E6EAC300110EBFBA330D06757F2F03E417971C2A3112386 | 09-17-2021 15:20:43 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: B22286C1F80403E5873A5A3F15FB4B270FB4CDFE<br>File Hash: 8EF209FB4B8236108E2F39BFE8228149F9871441CB59BC82AE25A07165DC070E | 08-29-2021 17:28:08 | Blacked | 08-19-2021 | 09-30-2021 | PA0002319753 |
| 61 | Info Hash: 54F7FD3FB7A3636326E28499C9A8EAF88BA22E43<br>File Hash: 881181081A5469DF933A3A7DDC466F70F2A4E6E81B4B8F3A77AEAC53356C36C0 | 08-21-2021 15:27:20 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 62 | Info Hash: 6B7AFBC66F26085D7C1481004EFBF08404097D58<br>File Hash: 5370C5430308806127F943DBBFF09F1EDE55FDDEE805538951E37B67640DC422 | 07-27-2021 17:50:29 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 63 | Info Hash: 94986CB806976C4C5198C16F0F1FAC040750B262<br>File Hash: 27538E82EE4D8260AE4CF252120D3FD292A27968154DD723E3EBF581A54C4B98 | 07-27-2021 17:25:55 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 64 | Info Hash: 93E2A5FE65E5A1C6FD78BEFFAE920CD4F7701877<br>File Hash: B01737AC50BC1B2716C06392CC8B6FE62736C8FF622FFA0F3C04D601409B6668 | 07-27-2021 17:17:22 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 65 | Info Hash: D8377F22A5B76F6FE17E2C1918296688E02026EB<br>File Hash: 41F17368762A71E497D6DB6FBD55BEEE103180B1035CB7E017F77AAC3FF0D427 | 07-27-2021 17:15:27 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 66 | Info Hash: 9DFB2B28348D2D9F5CEE9E2B3D6B412C0A037F67<br>File Hash: 83CA17C0119571E11B4A3870A466DF2DF140E9DF6908DF2875BB600BF158DA60 | 07-22-2021 00:47:02 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 67 | Info Hash: 8A705E0A2620A2D76770FFA5C03AB5CFB80B90DC<br>File Hash: D9D80A46E30C75292B548B9FB7B079B0CDA718926F48544AA4B707B427DEAD71 | 07-18-2021 17:09:12 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 68 | Info Hash: 411399E12D72B77BF41A222B127412F63BE35AB8<br>File Hash: 6042D19A5936454A0F3A4D2CF76D1AC4F59194B203647A31340E72F86680089B | 07-18-2021 16:50:28 | Blacked | 06-24-2018 | 07-26-2018 | PA0002112154 |
| 69 | Info Hash: BD1E1B74139A3559A7D74C32C30C8C5AF26E216C<br>File Hash: C32D75398C1407BF9888D2B86FC69B9FAAEA5AD150316F9D5D4243879CB41011 | 07-17-2021 13:29:02 | Blacked Raw | 06-14-2021 | 08-02-2021 | PA0002305094 |
| 70 | Info Hash: 1298F063782983D727828876369D5BBECDA59BD8<br>File Hash: 9D3CC147078BF10D237E420B280AF5B8C9DE38D212CAE4AA0580DA88DF36C039 | 07-17-2021 13:21:35 | Blacked | 06-12-2021 | 07-08-2021 | PA0002300659 |
| 71 | Info Hash: 5967A179ECB17E915F3957FADEC80E9B2D5B9669<br>File Hash: 438A13F42E95B96712064573C99921F9AFBF1427A47586982260C2CAA5E6B528 | 07-17-2021 13:18:02 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: F436716E467358A87CA812C874AD4FBE443ACD9C<br>File Hash: 5A9629BD9998889373B3711AE73D36AA68B5493EED9C8A9F6343DCED00AFFE51 | 06-11-2021 05:06:17 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 73 | Info Hash: D0DA7FAA1A2C9A7CB4560846FE21B2CEA37501BC<br>File Hash: CDEC49DFF5C64043A5223D570A0FB4D175AEEE463E9B0589EB40BD8C0C932C7C | 06-11-2021 05:04:59 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 74 | Info Hash: 05060BDE36F9397AB023AD369BC9F9718E584065<br>File Hash: 88E45EDF4770BEA591F4385CE1351485DD13F9A8AB3243BA56BF9E1FD0AA7D35 | 05-22-2021 14:37:30 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |
| 75 | Info Hash: EB2F55053CBABCB544A4C56CFECBDB52C0A94BF3<br>File Hash: 2BB8B24F3B41E73E425075504E83A53C0D1E709F9916E6C7EA5671E2A27BE6AF | 05-16-2021 20:36:58 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 76 | Info Hash: DB7242A1385295C654F1596BC1E47270AD41E7FE<br>File Hash: AD468CA8031D3E3A3680F1268A7CDF31AD8C53E395C66DA879B8C211D3BA5CFF | 05-16-2021 20:25:17 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |